U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 29 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT CRAIG, CLARENCE E. SPOTTSVILLE AND BOBBIE J. MCFARLAND | CIVIL ACTION NO: 1:03 CV 0147 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| GRANT PARISH POLICE JURY, W.C. HOLLAWAY, JULIUS FRED SCOTT, MICHAEL L. BROWN, DONNIE BROWN, MELVIN E. "GENE" ALLEN, MARVIN DELONG AND BOBBY JOE CHELETTE | MAGISTRATE KIRK |

## ORDER

The foregoing Motion for Certification for Appeal of Interlocutory Order considered,

The plaintiffs' request for an immediate appeal pursuant to 28 U.S.C. §1292(b) of this court's October 25, 2006 ruling dismissing plaintiffs' state law cause of action is granted.

Alexandria, Louisiana this 29th day of November, 2006.

_____
JUDGE JAMES T. TRIMBLE, JR.